IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SIDNEY JAMES BRASS,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO.4:05-CV-660-Y |
| UNITED STATES BUREAU OF PRISONS,<br>    Respondent. | §<br>§<br>§ | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Sidney James Brass, along with the November 29, 2005, findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until December 20 to file written objections to the findings, conclusions, and recommendation.  As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on November 29, 2005. The Court concludes that the petition for writ of habeas corpus should be dismissed without prejudice for the reasons stated in the magistrate judge's findings and conclusions.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Sidney James Brass's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice.

SIGNED January 4, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE